JUNE 30, 1976

PEOPLE v HICKS. (Docket No. 57703.) Leave to appeal considered and, it appearing to this Court that the cases of *People v Wynn* (Docket No. 56977), *People v Pearson* (Docket No. 57147), and *People v Schwartz* (Docket No. 57273) are presently pending on appeal before this Court and that the decision in those cases may be decisive of the

issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in those cases. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Larry L. Roberts,* Assistant Prosecuting Attorney, for the people, appellant. *Leonard Townsend* for defendant-appellee. Reported below: 63 Mich App 595.